```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION
```

JURASSIC SEISMIC COMPANY                              PLAINTIFF

VS.                                     CIVIL ACTION NO. 3:06CV51LN

W.B. COCKRELL, ET AL.                                DEFENDANTS

<u>ORDER</u>

This cause is before the court on the motion of plaintiff Jurassic Seismic Company to consolidate this case with *Jurassic Seismic Company v. Adcock,* Civil Action No. 3:05cv682WN. The court is of the opinion that this motion is well taken and should be granted.

Accordingly, it is ordered that plaintiff's motion to consolidate is granted.

SO ORDERED this 21st day of February, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE
