IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**JURASSIC SEISMIC COMPANY**                                            **PLAINTIFF**

**vs**                                            **CIVIL ACTION NO. 3:05cv682-HTW-JCS**

**JOHN P. ADCOCK, JR., et al.**                                            **DEFENDANTS**

*consolidated with*

JURASSIC SEISMIC COMPANY                                            PLAINTIFF


vs.                                            CIVIL ACTION NO.  3:06cv51-HTW-JCS

W.B. COCKRELL, et al.                                            DEFENDANTS

*and*

JURASSIC SEISMIC COMPANY                                            PLAINTIFF

vs.                                            CIVIL ACTION NO. 3:06cv171-HTW-JCS

HAROLD ADAMS, et al.                                            DEFENDANTS

*and*

JURASSIC SEISMIC COMPANY                                            PLAINTIFF

vs.                                            CIVIL ACTION NO. 3:06CV367-HTW-JCS

ANTHONY SMITH                                            DEFENDANT

ORDER

        This cause is before the court on Plaintiff's motion to consolidate the above-

referenced cases.  No party has opposed the motion, and the court concludes that it

should be granted.  Accordingly, it is hereby ordered that the above-referenced cases are

hereby consolidated for all purposes.  All filings henceforth shall be made solely in the

lead case, civil action no. 3:05cv682-HTW-JCS.

SO ORDERED this the 2nd day of November, 2006.

/s/ James C. Sumner

_____

UNITED STATES MAGISTRATE JUDGE